## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| PENNEAST PIPELINE COMPANY, LLC,<br>One Meridian Boulevard, Suite 2C01<br>Wyomissing, PA  19610 | CIVIL ACTION<br><br>Docket 3:18-cv-1909-BRM-DEA |
| Plaintiff, | |
| vs. | **Electronically Filed** |
| A PERMANENT EASEMENT FOR 0.17 ACRES ± IN HOPEWELL TOWNSHIP, MERCER COUNTY, NEW JERSEY, TAX PARCEL NO. 1106-72-10.14, | |
| LEWIS AND MARGHERITA PEPPERMAN, NORTHFIELD BANKCORP, INC. AS SUCCESSOR-IN-INTEREST TO HOPEWELL VALLEY COMMUNITY BANK, LOANDEPOT.COM LLC D/B/A/ MORTGAGE MASTER, PENNINGTON GARDENS, INC., TOWNSHIP OF HOPEWELL; | |
| AND ALL UNKNOWN OWNERS, | |
| Defendants. | |

## DECLARATION OF JAMES M. GRAZIANO, ESQ.

## REGARDING PROOF OF SERVICE

JAMES M. GRAZIANO, being duly sworn, upon my oath, deposes and says:

1.      I am a member of the Bar of the United States District Court for the District of New Jersey and am a partner with the law firm of Archer & Greiner, P.C., attorneys for Plaintiff, the PennEast Pipeline Company, LLC in this matter.

2.      I submit this Declaration to demonstrate that my firm has, in good faith, and in the manner required by the Federal Rules of Civil Procedure and all applicable statutes, supervised the efforts to serve the Order to Show Cause, Verified Complaint, Notice of Condemnation, Brief, Declaration of Daniel Murphy, Declaration of Jeff England, Proposed Order for Preliminary Injunction, Corporate Disclosure and Civil Cover Sheet (hereafter the "Pleadings") on the Defendants in this case, and I have personal knowledge of the matters set forth herein.

3.      I further submit this Declaration to detail the efforts made to serve parties who either have avoided service or cannot be served for the reasons set forth in more detail below.  My office has taken numerous steps, often above and beyond the steps required by law, to locate each individual or entity with an interest in the property at issue in this case.  This office carefully and diligently reviewed the title searches and property records and conducted internet searches to identify contact information for the various Defendants.

4.      Set forth below are the efforts made by my office to serve each Defendant.  The processes server's affidavits are attached hereto as Exhibits.

5.      Our office served Defendants Lewis and Margherita Pepperman, the fee simple owners of the Property, on 3/2/18.   A true and correct copy of the Affidavit of Service is attached hereto as Exhibit "A."

6.      Our office served Defendant Northfield Bankcorp, Inc., who has or may claim an interest in the Property, on 3/14/18.  A true and correct copy of the Affidavit of Service is attached hereto as Exhibit "A."

7.      Our office served Defendant Loandepot.com, LLC, who has or may claim an interest in the Property, on 3/23/18.  A true and correct copy of the Affidavit of Service is attached hereto as Exhibit "A."

8.      Our office served Defendant Township of Hopewell, who has or may claim an interest in the Property, on 3/6/18.  A true and correct copy of the Affidavit of Service is attached hereto as Exhibit "A."

9.      Our office attempted service on Defendant Pennington Gardens, Inc., who has or may claim an interest in the Property.   According to title searches, municipal searches, and other searches, Pennington Gardens, Inc.'s address is 165 Grand Avenue, Englewood, NJ 07631.

a.      On 2/27/18, Plaintiff attempted to serve Pennington Gardens, Inc. at the above address.  Pennington Gardens, Inc., however, could not be located. A true and correct copy of the Affidavit of Service is attached hereto as Exhibit "B."

b.     A review of the title records, Patriot search, municipal records and other records and internet searches revealed an alternate address for Pennington Gardens, Inc., P.O. Box 644, Englewood, NJ 07631.

c.     Counsel also obtained a Lexis Nexis Personal Report for Pennington Gardens, Inc., which did not identify any other address or contact information.

d.     After diligent inquiry and effort set forth above to serve Pennington Gardens, Inc. personally, it is apparent that personal service cannot be made in accordance with the Federal Rules of Civil Procedure.

e.     On 3/13/18, this Office sent Pennington Gardens, Inc. the Pleadings by certified mail, return receipt requested, and simultaneously by ordinary mail.  True and correct copy of the signed Certified mail return receipt dated 3/16/18 is attached as Exhibit "B."

f.     Mr. Frederic Duhoc, on behalf of Pennington Gardens, Inc. contacted our office and indicated that he received the package but he did not have any interest in this property.

g.     This office performed additional Lexis Nexis Personal Reports, and internet searches regarding Pennington Gardens, Inc.  However, our searches failed to reveal any alternate addresses and/or different entity doing business as Pennington Gardens, Inc.

4

h.     Pursuant to the Court's Order dated April 20, 2018, for those Defendants who Plaintiff has not been able to serve personally, Plaintiff shall make one additional and final attempt, by certified and regular mail, to serve the Defendants for an opportunity to be heard on the Order to Show Cause that will take place on April 26, 2018.  A true and  correct copy of the Order dated 4/20/18 is attached hereto as Exhibit "C".

i.     On 4/20/18, this office sent Pennington Gardens, Inc. the Pleadings by certified mail, return receipt requested, and simultaneously by ordinary mail.  A true and correct copy of Certified mailing receipt dated 4/20/18 is attached as Exhibit "C."

Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated:  April 25, 2018                    _____

JAMES M. GRAZIANO, ESQUIRE

214151883v1

5

# Exhibit A

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| PENNEAST PIPELINE COMPANY, LLC,<br>One Meridian Boulevard, Suite 2C01<br>Wyomissing, PA  19610<br><br>                Plaintiff,<br><br>   vs.<br><br>A PERMANENT EASEMENT FOR 0.76 ACRES ± AND TEMPORARY EASEMENT FOR 0.65 ACRES ± IN WEST AMWELL TOWNSHIP, HUNTERDON COUNTY, NEW JERSEY, TAX PARCEL NO. 1026-28-8;<br><br>THOMAS AND PEGGY CEKORIC JR., CITIBANK, N.A., JERSEY CENTRAL POWER & LIGHT,<br><br>                Defendants. | No.  3:18-cv--1802-BRM-DEA<br><br>**Filed Electronically** |

## ACKNOWLEDGMENT OF SERVICE

To:    James M. Graziano, Esq.
          Archer & Greiner, P.C.
          One Centennial Square
          Haddonfield, NJ 08033

I hereby acknowledge receipt of the Summons, Verified Complaint and

Exhibits, Civil Cover Sheet, Notice of Condemnation, Proposed Order to Show

Cause, Brief, Declaration of Daniel Murphy, Declaration of Jeffrey England and

Exhibits, Corporate Disclosure and Proposed Form of Order on this 2nd day of

March 2018 on behalf of the following clients (*defendants named in parenthesis*

*only)*:

1. 18-1802 (BRM)  PennEast Pipeline Company v. A Permanent Easement For  0.76 Acres ± And Temporary Easement For 0.65 Acres ± In West Amwell Township, Hunterdon County, New Jersey, Tax Parcel No. 1026-28-8   (Cekoric)

2. 18-1816 (BRM)  PennEast Pipeline Company v. A Permanent Easement For  0.43 Acres ± And Temporary Easement For 0.50 Acres ± In West Amwell Township, Hunterdon County, New Jersey, Tax Parcel No. 1026-16.01-1.01 (Loglisci)

3. 18-1822 (BRM)  PennEast Pipeline Company v. A Permanent Easement For  1.95 Acres ± And Temporary Easement For 4.03 Acres ± In West Amwell Township, Hunterdon County, New Jersey, Tax Parcel No. 1026-26-11 (Mountford)

4. 18-1838 (BRM)  PennEast Pipeline Company v. A Permanent Easement For 0.05 Acres ± And Temporary Easement For 0.03 Acres ± In Holland Township, Hunterdon County, New Jersey, Tax Parcel No.  1015-22-59.01 (Straub)

5. 18-1845 (BRM)  PennEast Pipeline Company v. A Permanent Easement For 0.26 Acres ± And Temporary Easement For 0.63 Acres ± In Hopewell Township, Mercer County, New Jersey, Tax Parcel No.  1106-92-2.012 (Township of Hopewell)

6. 18-1846 (BRM)  PennEast Pipeline Company v. A Permanent Easement For 0.52 Acres ± And Temporary Easement For 0.86 Acres ± In Delaware Township, Hunterdon County, New Jersey, Tax Parcel No.  1007-54-10 (Tucci)

7. 18-1851 (BRM)  PennEast Pipeline Company v. A Permanent Easement For 0.06 Acres ± In Delaware Township, Hunterdon County, New Jersey, Tax Parcel No. 1007-33-2 (Brook Hollow Farms)

2

8.  18-1866 (BRM)  PennEast Pipeline Company v. A Temporary Easement For 0.46 Acres ± In Delaware Township, Hunterdon County, New Jersey, Tax Parcel No. 1007-54-5 (Lopshire)

9.  18-1868 (BRM)  PennEast Pipeline Company v. A Permanent Easement For 0.81  Acres ± And Temporary Easement For 1.14 Acres ± In West Amwell Township, Hunterdon County, New Jersey, Tax Parcel No. 1026-3-15 (Magill)

10.  18-1897 (BRM)  PennEast Pipeline Company v. A Permanent Easement For 0.58  Acres ± And Temporary Easement For 0.84 Acres ± In Delaware Township, Hunterdon County, New Jersey, Tax Parcel No. 1007-54-5.02  (Hoffman)

11.  18-1909 (BRM)  PennEast Pipeline Company v. A Permanent Easement For 0.17 Acres ± In Hopewell Township, Mercer County, New Jersey, Tax Parcel No. 1106-72-10.14 (Pepperman)

12.  18-1924 (BRM)  PennEast Pipeline Company v. A Permanent Easement For  0.79 Acres ± And Temporary Easement For 1.31 Acres ±  In Holland Township, Hunterdon County, New Jersey, Tax Parcel No. 1015-21-20 (Nejman and Straub as interest holders)

13.  18-1934 (BRM)  PennEast Pipeline Company v. A Permanent Easement For 2.48 Acres ± And Temporary Easement For 4.37 Acres ± In Delaware Township, Hunterdon County, New Jersey, Tax Parcel No.  1007-55-2 (Switzler)

14.  18-1937 (BRM)  PennEast Pipeline Company v. A Permanent Easement For 2.57 Acres ± And Temporary Easement For 3.34 Acres ± In Hopewell Township, Mercer County, New Jersey, Tax Parcel No.  1106-85-3 (Township of Hopewell)

15.  18-1983 (BRM)  PennEast Pipeline Company v. A Permanent Easement For 0.45 Acres ± In Kingwood Township, Hunterdon County, New Jersey, Tax Parcel No. 1016-26-14.01 (Kager as interest holder)

16.  18-1986 (BRM)  PennEast Pipeline Company v. A Permanent Easement For  0.19  Acres ± In Kingwood Township, Hunterdon County, New Jersey, Tax Parcel No. 1016-26-16 (Degrado)

17. 18-1999 (BRM)  PennEast Pipeline Company v. A Permanent Easement For 0.51 Acres In Kingwood Township, Hunterdon County, New Jersey, Tax Parcel No.   1016-26-14.02 (Kager)

18. 18-2000 (BRM)  PennEast Pipeline Company v. A Permanent Easement For 0.26 Acres ± In Kingwood Township, Hunterdon County, New Jersey, Tax Parcel No. 1016-26-14.03 (Kager)

19. 18-2015 (BRM)  PennEast Pipeline Company v. A Permanent Easement For 0.27  Acres ± In Kingwood Township, Hunterdon County, New Jersey, Tax Parcel No. 1016-26-16.02 (Markus)

20. 18-2033 (BRM)  PennEast Pipeline Company v. A Permanent Easement For  1.14 Acres ±  And Temporary Easement For 2.23 Acres ± In Kingwood Township, Hunterdon County, New Jersey, Tax Parcel No. 1016-26-3.01  (Lamson)

21. 18-2139 (BRM)  PennEast Pipeline Company v. A Permanent Easement For  0.03 Acres ± And Temporary Easement For 0.01 Acres ± In Kingwood Township, Hunterdon County, New Jersey, Tax Parcel No. 1016-36-10 (Kriegler)

Timothy Duggan, Esquire
Stark & Stark
Attorney for Defendants

214160110v1

4



P214328

PENNEAST PIPELINE COMPANY, LLC
PLAINTIFF
- vs -
A PERMANENT EASEMENT FOR 0.17 ACRES IN HOPEWELL TOWNSHIP,
MERCER COUNTY, NEW JERSEY, TAX PARCEL NO. 1106-72-10.14; LEW
AND MARGHERITA PEPPERMAN, NORTHFIELD BANCORP, INC. AS
SUCCESSOR-IN-INTEREST TO HOPEWELL VALLEY COMMUNITY BANK,
LOANDEPOT. COM LLC D/B/A MORTGAGE MASTER, PENNINGTON GARDENS,
INC., TOWNSHIP OF HOPEWELL, AND ALL UNKNOWN OWNERS
DEFENDANT

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
Docket No. 3:18-CV-01909-BRM-DEA

**Person to be Served**
JOHN ALEXANDER
O/B/O NORTHFIELD BANCORP 1410 S. GEORGES AVE
AVENEL, NJ 07001

**AFFIDAVIT OF SERVICE**
(For Use By Private Service)

**Papers Served:** ORDER, ORDER, SUMMONS, CIVIL COVER SHEET, NOTICE OF CONDEMNATION, VERIFIED
COMPLAINT IN CONDEMNATION OF PROPERTY PURSUANT TO FED. R. CIV.P.71.1, BRIEF IN SUPPORT OF
PENNEAST PIPELINE CONDEMNATION AUTHORITY AND FOR IMMEDIATE POSSESSION, DECLARATION OF JEFFREY
D. ENGLAND, DECLARATION OF DANIEL MURPHY, ORDER AND DISCLOSURE STATEMENT

**Service Data:**
Served Successfully __X__ Not Served _____   Date: 03/14/2018 Time: 01:10 PM Attempts: _____

_____ Delivered a copy to him/her personally

_____ Left a copy with a competent household
member of over 14 years of age residing
therein.

__X__ Left a copy with a person authorized to
accept service, e.g. managing agent,
registered agent, etc.

Name of person served and relationship / title:

ANNIE BORRERO

ASSISTANT BRANCH MANAGER

**Description of Person Accepting Service:**
SEX: **FEMALE**   COLOR: **WHITE**   HAIR: **BROWN**   APP.AGE: 32   APP. HT: **5/5**   APP. WT: 135
OTHER:

**Comments Or Remarks:**

I, MICHAEL WEINSHENKER, was at the time of
service a competent adult not having a direct
interest in the litigation. I declare under
penalty of perjury that the foregoing is true and
correct.

Signature of Process Server Date

Sworn to before me this
day of ____, 2018
12   Apr.

MARCY L. BLICHARZ
NOTARY PUBLIC OF NEW JERSEY
Comm. # 2457386
My Commission Expires 1/3/2023

Client File Number: PENNEAST

NJLS Process Service
2333 U.S. Hwy 22 West
Union, NJ 07083
908-686-7300

John Moller
**(By) DEPUTY CLERK**

ISSUED ON 2018-02-09 15:55:26, Clerk
USDC NJD

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me() | 3/14/18 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| MICHAEL WEINSHENKER | PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and
discretion then residing therein.

☑ Name of person with whom the summons and complaint were left: ANNIE BORRERO
ASSISTANT BRANCH MANAGER

☐ Returned unexecuted: _____

☐ Other (specify) : _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing
information
contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on    4-12-18
Date

Signature of Server

2333 U.S. HIGHWAY 22 WEST, UNION
Address of Server
NJ 07083



PENNEAST PIPELINE COMPANY, LLC
PLAINTIFF
- vs -
A PERMANENT EASEMENT FOR 0.17 ACRES IN HOPEWELL TOWNSHIP,
MERCER COUNTY, NEW JERSEY, TAX PARCEL NO. 1106-72-10.14; LEW
AND MARGHERITA PEPPERMAN, NORTHFIELD BANKCORP, INC. AS
SUCCESSOR-IN-INTEREST TO HOPEWELL VALLEY COMMUNITY BANK,
LOANDEPOT.COM LLC D/B/A MORTGAGE MASTER, PENNINGTON GARDENS,
INC., TOWNSHIP OF HOPEWELL, AND ALL UNKNOWN OWNERS
DEFENDANT

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
Docket No. 3:18-CV-01909-BRM-DEA

Person to be Served
REGISTERED AGENTS SOLUTIONS, INC.
O/B/O LOANDEPOT.COM, LLC 202 WEST STATE STREET
TRENTON, NJ 08608

AFFIDAVIT OF SERVICE
(For Use By Private Service)

Papers Served:   ORDER, ORDER, SUMMONS, CIVIL COVER SHEET, NOTICE OF CONDEMNATION, VERIFIED
COMPLAINT IN CONDEMNATION OF PROPERTY PURSUANT TO FED. R. CIV.P. 71.1, BRIEF IN SUPPORT OF
PENNEAST PIPELINE CONDEMNATION AUTHORITY AND FOR IMMEDIATE POSSESSION, DECLARATION OF JEFFREY
D. ENGLAND, DECLARATION OF DANIEL MURPHY, ORDER AND DISCLOSURE STATEMENT

Service Data:
Served Successfully  X  Not Served        Date: 03/23/2018 Time: 11:39 AM Attempts: _____

___ Delivered a copy to him/her personally

___ Left a copy with a competent household
member of over 14 years of age residing
therein.

X  Left a copy with a person authorized to
accept service, e.g. managing agent,
registered agent, etc.

Name of person served and relationship / title:

SUSAN WIDMAIER

LEGAL AUTHORIZED TO ACCEPT

Description of Person Accepting Service:
SEX: FEMALE   COLOR: WHITE   HAIR: BROWN/BLONDE   APP. AGE:        HT: 5/6   APP. WT: 160
OTHER:

Comments Or _____

I, JOHN JONES, was at the time of service a
competent adult not having a direct interest in
the litigation. I declare under penalty of
perjury that the foregoing is true and correct.

Sworn to before me this
26 day of Mar, 2018

DANIEL BATISTA
NOTARY PUBLIC OF NEW JERSEY
Comm. # 2457561
My Commission Expires 09/27/2022

Client File Number: PENNEAST

NJLS Process Service
2333 U.S. Hwy 22 West
Union, NJ 07083
908-686-7300

P214330

PENNEAST PIPELINE COMPANY, LLC
PLAINTIFF
- vs -
A PERMANENT EASEMENT FOR 0.17 ACRES IN HOPEWELL TOWNSHIP,
MERCER COUNTY, NEW JERSEY, TAX PARCEL NO. 1106-72-10.14; LEW
AND MARGHERITA PEPPERMAN, NORTHFIELD BANKCORP, INC. AS
SUCCESSOR-IN-INTEREST TO HOPEWELL VALLEY COMMUNITY BANK,
LOANDEPOT. COM LLC D/B/A MORTGAGE MASTER, PENNINGTON GARDENS,
INC., TOWNSHIP OF HOPEWELL, AND ALL UNKNOWN OWNERS
DEFENDANT

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
Docket No. 3:18-CV-01909-BRM-DEA

**Person to be Served**
TOWNSHIP OF HOPEWELL - ATTN: LAURIE E. COMPF, CLERK
MUNICIPAL BUILDING 201 WASHINGTON CROSSING - PENNINGTON ROAD
TITUSVILLE, NJ 08560

**AFFIDAVIT OF SERVICE**
(For Use By Private Service)

**Papers Served:**  ORDER, ORDER, SUMMONS, CIVIL COVER SHEET, NOTICE OF CONDEMNATION, VERIFIED
COMPLAINT IN CONDEMNATION OF PROPERTY PURSUANT TO FED. R. CIV.P.71.1, BRIEF IN SUPPORT OF
PENNEAST PIPELINE CONDEMNATION AUTHORITY AND FOR IMMEDIATE POSSESSION, DECLARATION OF JEFFREY
D. ENGLAND, DECLARATION OF DANIEL MURPHY, ORDER AND DISCLOSURE STATEMENT
**Service Date:**
Served Successfully _X_ Not Served _____   Date: _03/06/2018_ Time: _9:57 AM_ Attempts: _____

___ Delivered a copy to him/her personally

___ Left a copy with a competent household
member of over 14 years of age residing
therein.

_X_ Left a copy with a person authorized to
accept service, e.g. managing agent,
registered agent, etc.

Name of person served and relationship / title:

LAURIE COMPF

CLERK

**Description of Person Accepting Service:**
SEX: **FEMALE**   COLOR: **WHITE**   HAIR: **BROWN/BLONDE**     APP.AGE: **52**   APP. HT: **5/3**   APP. WT: **120**
OTHER:

**Comments Or Remarks:**

I, JOHN JONES, was at the time of service a
competent adult not having a direct interest in
the litigation. I declare under penalty of
perjury that the foregoing is true and correct.

Sworn to before me this
9 day of March ,2018

_____
Signature of Process Server Date

Client File Number: PENNEAST

**DANIEL BATISTA**
**NOTARY PUBLIC OF NEW JERSEY**
**Comm. # 2457001**
**My Commission Expires 09/27/2022**

NJLS Process Service
2333 U.S. Hwy 22 West
Union, NJ 07083
908-686-7300

**John Moller**
_____

(By) DEPUTY CLERK

ISSUED ON 2018–02–09 15:55:26, Clerk
USDC NJD

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me(1) | DATE 3-6-2018 |
|---|---|
| NAME OF SERVER *(PRINT)* John Jones | TITLE Process Server |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____
_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and
discretion then residing therein.

☑ Name of person with whom the summons and complaint were left: Laurie Compf
Clerk

☐ Returned unexecuted: _____
_____
_____

☐ Other (specify) : _____
_____
_____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information
contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____
                              Date

_____
*Signature of Server*

_____
*Address of Server*   2333 U.S. Route 22 West
Post Office Box 36
Union, New Jersey  07083

# Exhibit B



PENNEAST PIPELINE COMPANY, LLC
PLAINTIFF
- vs -

A PERMANENT EASEMENT FOR 0.17 ACRES IN HOPEWELL TOWNSHIP,
MERCER COUNTY, NEW JERSEY, TAX PARCEL NO. 1106-72-10.14; LEM
AND MARGHERITA PEPPERMAN, NORTHFIELD BANKCORP, INC. AS
SUCCESSOR-IN-INTEREST TO HOPEWELL VALLEY COMMUNITY BANK,
LOANDEPOT. COM LLC D/B/A MORTGAGE MASTER, PENNINGTON GARDENS,
INC., TOWNSHIP OF HOPEWELL, AND ALL UNKNOWN OWNERS
DEFENDANT

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
Docket No. 3:18-CV-01909-BRM-DEA

---

Person to be Served
FREDERIC C. DUCHAC
O/B/O PENNINGTON GARDENS, INC. 165 GRAND AVE.
ENGLEWOOD, NJ 07631

AFFIDAVIT OF DUE DILIGENCE
(For Use By Private Service)

Papers Served:  ORDER, ORDER, SUMMONS, CIVIL COVER SHEET, NOTICE OF CONDEMNATION, VERIFIED
COMPLAINT IN CONDEMNATION OF PROPERTY PURSUANT TO FED. R. CIV.P.71.1, BRIEF IN SUPPORT OF
PENNEAST PIPELINE CONDEMNATION AUTHORITY AND FOR IMMEDIATE POSSESSION, DECLARATION OF JEFFREY
D. ENGLAND, DECLARATION OF DANIEL MURPHY, ORDER AND DISCLOSURE STATEMENT

Service Data:
Served Successfully _____ Not Served  X  Date: 02/27/2018 Time: 11:22 AM Attempts: _____

_____ Delivered a copy to him/her personally

Name of person served and relationship / title:

_____ Left a copy with a competent household
member of over 14 years of age residing
therein.

_____ Left a copy with a person authorized to
accept service, e.g. managing agent,
registered agent, etc.

Unserved:

Attempted on:

02/27/2018, 11:22 AM
Reason:
( ) Defendant is unknown at the address furnished by the attorney
( ) All reasonable inquiries suggest defendant moved to an undetermined address
( ) No such address in municipality
(X) Other see comments below
Comments Or Remarks:  ATTEMPTED AT ADDRESS PROVIDED. THIS LOCATION IS THE LINDEN APARTMENTS.
THERE IS NO MANAGEMENT OFFICE ON SITE AT THIS LOCATION ANYMORE. CONTRACTORS ARE ON SITE WORKING
WHERE THE OFFICES USED TO BE LOCATED.

I, DAVID ROJAS, was at the time of service a
competent adult not having a direct interest in
the litigation. I declare under penalty of
perjury that the foregoing is true and correct.

Sworn to before me this
13 day of Apr. , 2018

_____
Signature of Process Server Date

_____
MARCY L. BLICHARZ
NOTARY PUBLIC OF NEW JERSEY
Comm. # 2457388
My Commission Expires 1/3/2023

Client File Number: PENNEAST

NJLS Process Service
2333 U.S. Hwy 22 West
Union, NJ 07083
908-686-7300



COMPLETE THIS SECTION ON DELIVERY

A. Signature

☐ Agent
☐ Addressee

B. Received by (Printed Name)          C. Date of Delivery

D. Is delivery address different from Item 1?   ☐ Yes
If YES, enter delivery address below:   ☐ No

ENGLEWOOD, NJ 07631
MAR 16 2018
USPS

3. Service Type:
☒ Certified Mail
☐ Certified Mail Restricted Delivery

Reference Information:
PEN147.00801

Return Receipt (Form 3811) Barcode

9590 9286 9904 2108 4768 53

1. Article Addressed to:

Pennington Gardens, Inc.
c/o Frederic C. Duchac
P.O. Box 644
Englewood, NJ 07631-0644

# Exhibit C

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

RECEIVED

| | |
|---|---|
| PENNEAST PIPELINE COMPANY, LLC,<br>One Meridian Boulevard, Suite 2C01<br>Wyomissing, PA  19610<br><br>Plaintiff,<br><br>vs. | CIVIL ACTION<br><br>APR 2 0 2018<br>AT 8:30_____M<br>WILLIAM T. WALSH<br>CLERK<br><br>Docket: [See Exhibit A, attached]<br><br>**Electronically Filed** |
| [See Exhibit A, attached]<br><br>Defendants. | |

## **ORDER**

It is on this 20th day of April 2018 **ORDERED** as follows:

The Court finds that Plaintiff, PennEast Pipeline Company, LLC has in good

faith and in the manner required by the Federal Rules of Civil Procedure and all

applicable statutes, met its due process obligations in this matter by serving the

Pleadings on Defendants.

Pursuant to Federal Rule of Civil Procedure 4(e)(1) and New Jersey Court

Rule 4:4-4(b)(1)(C) and (3), for those Defendants who Plaintiff has not been able

to serve personally, and those parties who were served via Certified and Regular

mail but who have not entered an appearance, responded to the Order To Show

Cause, or appeared before this Court on April 5, 2018 or April 19, 2018, **Plaintiff shall make one additional attempt to serve the Pleadings on Defendants by certified and regular mail and advise these Defendants that the last opportunity to be heard on the Order to Show Cause will take place on <u>April 26 at 10:00 a.m.</u> at the United State District Courthouse in Trenton, New Jersey, 402 East State Street, Trenton, New Jersey.**

BY THE COURT:

_____
The Honorable Brian R. Martinotti, U.S.D.J.

# EXHIBIT A

| DOCKET NUMBER | PARTY TO BE SERVED |
|---|---|
| Docket Number 3:18-cv-1585-BRM-DEA | GMAC Mortgage Corporation |
| Docket Number 3:18-cv-1590-BRM-DEA | Joseph S. Caparoso |
| Docket Number 3:18-cv-1658-BRM-DEA | Roger and Marguerite Schwarz |
| Docket Number 3:18-cv-1669-BRM-DEA | Wesley Pandy |
| Docket Number 3:18-cv-1695-BRM-DEA | Home Finance of America, Inc. |
| Docket Number 3:18-cv-1776-BRM-DEA | Pennington Gardens, Inc. |
| Docket Number 3:18-cv-1811-BRM-DEA | Virginia James |
| Docket Number 3:18-cv-1905-BRM-DEA | Walter F. Jenness, III |
| Docket Number 3:18-cv-1909-BRM-DEA | Pennington Gardens, Inc. |
| Docket Number 3:18-cv-1924-BRM-DEA | Roger and Marguerite Schwarz |
| Docket Number 3:18-cv-1989-BRM-DEA | Alpha Liquor Store |
| Docket Number 3:18-cv-2003-BRM-DEA | Christopher & Elizabeth Kroese |
| Docket Number 3:18-cv-2004-BRM-DEA | Anne Kursinski |
| Docket Number 3:18-cv-2025-BRM-DEA | Woodside View Estates Homeowners Association, Inc. |
| Docket Number 3:18-cv-2025-BRM-DEA | Jose and Debra Amorim |
| Docket Number 3:18-cv-2025-BRM-DEA | Herbert Heisel, Jr. and Mary Heisel |

## U.S. Postal Service®
## CERTIFIED MAIL® RECEIPT
*Domestic Mail Only*

**USPS® ARTICLE NUMBER**

9414 7266 9904 2126 7632 10

| | |
|---|---|
| Certified Mail Fee | $ |
| Return Receipt (Hardcopy) | $ |
| Return Receipt (Electronic) | $ |
| Certified Mail Restricted Delivery | $ |
| Postage | $ |
| Total Postage and Fees | $ |

Sent to:

Pennington Gardens, Inc.
c/o Frederic C. Duchac
P.O. Box 644
Englewood, NJ 07631

**Reference Information**

MTC

PEN 147.00801 – 18-1909

PS Form 3800, Facsimile, July 2015

Postmark Here

HADDONFIELD, NJ
APR 20 2018
USPS 08033